UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

IN RE:

MAGALY T. ANDRADE                                                                 Case Number 10-36332

NOTICE OF TRANSFER OF CLAIM NO. 11

The undersigned hereby gives notice of the assignment and transfer of the above filed claim and submits the following information:

Name and address of transferor (original claimant):   Greenwich Investors XXXIII, LLC
c/o Resurgent Capital Services, LP
P.O. Box 10675
Greenville, SC 29603-0675

Name and address of transferee:   DTA Solutions LLC
8313 Whitley Rd. Suite A
Watuaga, TX 76148

Amount of claim being transferred $57,539.49

This transfer is unconditional.

This 15th day of Septemeber, 2011.

_____
Amity Gomez
Bankruptcy Manager
DTA Solutions LLC