UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 10-36332-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

FREDY ANDRADE
XXX-XX-8670
MAGALY ANDRADE
XXX-XX-9703

DEBTORS_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,382.01** remaining in her bank account which represents unpresented checks drawn and mailed to DTA SOLUTIONS LLC pursuant to the final distribution under U.S.C. 726, 1226, or 1326 in a case under the Chapter 13 in the above-named case. The Trustee has made a good faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Deposit of Funds was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 30th day of December, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
FREDY ANDRADE
MAGALY ANDRADE
20886 NW 3RD LANE
PEMBROKE PINES, FL  33029

**ATTORNEY FOR DEBTORS**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BANK BUILDING
10 NW LEJEUNE ROAD
SUITE 620
MIAMI, FL  33126-5431

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  10-36332-BKC-RBR

ATTACHMENT

# NOTICE OF DEPOSIT OF FUNDS WITH THE
# UNITED STATES BANKRUPTCY COURT CLERK

## ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.:  10-36332-BKC-RBR**

CREDITOR NO.:  129093

COURT CLAIM NO.:  11

CLAIMANT:  DTA SOLUTIONS LLC
8313 WHITLEY RD
SUITE A
WATUAGA, TX  76148